

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-21-00183-CV

**IN THE INTEREST OF D.H.G. AND M.E.G., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02241
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due June 9, 2021; however, the court granted appellant a twenty-day extension to June 29, 2021 to file the record.

On June 29, 2021, appellant filed a motion asking the court to compel "the trial court" to file a supplemental clerk's record and requesting a further extension of time to file appellant's brief. The motion does not reflect that appellant has directed the clerk to prepare and file a supplement containing the omitted items. See TEX. R. APP. P. 34.5(c)(1).

We grant appellant's motion in part. We order the trial court clerk to file a supplemental clerk's record by **July 6, 2021**, containing:

-- Motion to Set Aside Default Judgment and Notice of Hearing, filed May 13, 2021; and
-- Letter from M.N. Re Requesting Appointment of Counsel, filed May 13, 2021.

We order appellant's brief due **July 13, 2021**.

Counsel is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court